UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JACK COPPINGER

    VS                                            CASE NO.  3:07cv458-MCR/MD

WAL-MART STORES INC., et al

**REFERRAL AND ORDER**

Referred to Judge Rodgers on     May 27, 2008
Type of Motion/Pleading: MOTION TO STRIKE PLAINTIFF'S EXPERT WITNESS, OR ALTERNATIVELY TO EXTEND DEADLINE TO IDENTIFY EXPERT
Filed by: DEFENDANT, WAL-MART STORES INC    on 5/22/08    Document  31
(  ) Stipulated/Consented/Joint Pleading
RESPONSES:
                                      on                 Doc.#
                                      on                 Doc.#
                                      WILLIAM M. McCOOL, CLERK OF COURT

                                      *s/Donna Bajzik*
                                      Deputy Clerk: Donna Bajzik

**ORDER**

     Upon consideration of the foregoing, it is ORDERED this 13th day of May, 2008, that:

     The requested relief is GRANTED as to any expert testimony from these witnesses.

                                            s/ *M. Casey Rodgers*
                                        **M. CASEY RODGERS**
                                        **UNITED STATES DISTRICT JUDGE**