**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

JACK COPPINGER,

    Plaintiff,

v.                                                                     Case No. 3:07cv458/MCR/MD

WAL-MART STORES, INC., et al.,

    Defendants.

_____/

## O R D E R

      This matter is presently scheduled for jury trial on the court's February 17, 2009, trial docket.  In review of the docket, it is unclear to the court whether the parties have submitted to mediation as ordered.  The Scheduling and Mediation Order entered February 7, 2008, set forth the trial date, discovery and other pretrial deadlines.  (See doc. 20).  Additionally, pursuant to paragraph 9 of that order, the parties were ordered to mediate the case on or before a date 28 days after the discovery deadline, with the mediator's report due within 14 days thereafter.[1]  The deadlines for conducting mediation and filing the mediator's report are now passed and the docket sheet does not reflect any notice of a scheduled mediation or its outcome.  Therefore, the parties shall file a status report regarding the completion of the ordered mediation.  In the event the parties have failed to

---

[1] Pursuant to the parties' joint request, the discovery deadline was extended until September 15, 2008. (Doc. 43, 45).  This discovery extension also extended the deadline for filing dispositive motions as well as the original mediation deadline.  The parties' subsequent request to extend the discovery deadline was for the "limited and sole purpose" of allowing certain depositions to be taken beyond the then current discovery deadline, and to extend the deadline for filing dispositive motions.  (Doc. 65).  The parties further indicated mediation was scheduled to occur on October 6, 2008.

mediate as ordered, they shall show cause why sanctions should not be imposed against both counsel for failure to comply with an order of the court.

Accordingly, it is ORDERED:

1. The parties shall have five (5) days from the date of this order to file a status report as to the completion of the ordered mediation. In the event the parties have failed to mediate as ordered, they shall show cause why sanctions should not be imposed against both counsel for failure to comply with an order of the court.

2. Failure to comply with this order will result with the imposition of sanctions, which may include dismissal of this cause without prejudice.

**ORDERED** this 6th day of November, 2008.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**