**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

JACK COPPINGER,

        Plaintiff,

vs.                                      CASE NO.: 3:07cv458/MCR/MD

WAL-MART STORES, INC., et al.,

        Defendants.

_____/

**O R D E R**

       This cause is before the Court upon Defendants' Motion for Extension of Dispositive Motion Deadline (doc. 75), wherein counsel indicates plaintiff opposes the requested relief. Before the Court rules on this matter, plaintiff shall file an expedited response to defendants' motion. Accordingly, it is

       ORDERED that plaintiff shall file its expedited response to defendants' motion on or before close of business **November 21, 2008**.

       **DONE AND ORDERED** this 19th day of November, 2008.

                                     *s/ M. Casey Rodgers*
                                     **M. CASEY RODGERS
                                     UNITED STATES DISTRICT JUDGE**